UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

YIN WEI GUO
    also known as "Mr. Y"
    and "Yin Wei Gu,"

        Defendant.

- - - - - - - - - - - - - - -X

<u>BILL OF PARTICULARS</u>

Cr. No. 13-0028

      The United States of America, by and through LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, and Brian Morris, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

      The above-captioned indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(G) and Title 28, United States Code, Section 2461(c).  The United States hereby gives notice that the United States seeks forfeiture of the following property:

        (a)  Real property and premises known as 19729 Prospect Place, Walnut, California 91789.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated:     Brooklyn, New York
           January 6, 2014

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York
                              271 Cadman Plaza East, 7th Fl.
                              Brooklyn, New York 11201

                       By:    /s/ _____
                              Brian Morris
                              Assistant United States Attorney
                              (718) 254-6512